UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LISA D. LEBER,

    Plaintiff,

v.

MELISSA BUZBEE-STILES,

    Defendant.

Case No. 19-cv-412-JPG-GCS

## JUDGMENT

This matter having come before the Court, and the Court having found it lacks subject matter jurisdiction,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice for lack of jurisdiction.

**DATED:** November 20, 2019      MARGARET M. ROBERTIE, Clerk of Court

**s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**